## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD YOUNG AND NANCY YOUNG,

         Respondent

         v.

CAROL HARTZELL,

         Petitioner

: No. 624 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.